# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1464

_____

Roland K. Schaefer,                            *
                                               *
                Appellant,                     *
                                               *   Appeal from the United States
        v.                                     *   District Court for the
                                               *   Eastern District of Missouri.
United States Department of Education;         *
United States Department of Health             *   [UNPUBLISHED]
and Human Services; United States              *
Department of Justice; United States           *
of America; John Does, 1-3,                    *
                                               *
                Appellees.                     *

_____

Submitted: January 5, 2007
Filed: January 10, 2007

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Roland E. Schaefer appeals the district court's[1] dismissal of his lawsuit as barred by sovereign immunity and an injunction issued in an earlier lawsuit. Having carefully reviewed the record and considered Schaefer's arguments, we find no basis for reversal. See Lupiana v. Wal-Mart Stores, Inc., 435 F.3d 842, 845 (8th Cir. 2006)

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

(de novo review of dismissal for lack of subject matter jurisdiction); <u>Atkinson v. Bohn</u>, 91 F.3d 1127, 1128-29 (8th Cir. 1996) (per curiam) (de novo review of dismissal for failure to state claim).  Accordingly, we affirm, and we deny Schaefer's pending motions on appeal.  <u>See</u> 8th Cir. R. 47B.

_____